# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SAMMY WOODS,<br>(TDCJ-CID #903162)<br><br>    Plaintiff,<br><br>vs.<br><br>KPT. WILLIAM J. PITTMAN, et al.,<br><br>    Defendants. | CIVIL ACTION H-12-0562 |

## MEMORANDUM ON TRANSFER

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Jefferson County, Texas. Plaintiff sues these officials for violations of civil rights that occurred at the Stiles Unit, where he is confined and which is located in Jefferson County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Eastern District of Texas, Beaumont Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is denied without prejudice to reconsideration after transfer.

SIGNED on March 9, 2012, at Houston, Texas.

                                                 Lee H. Rosenthal
                                          United States District Judge