|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

SAMMY WOODS, §
　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:12-CV-126
　　　　　　　　　　　　　　　§
WILLIAM J. PITTMAN, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Sammy Woods, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this lawsuit pursuant 28 U.S.C. § 1983. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends that this matter be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this action in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 26th day of February, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE